AO 241  (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED

AUG 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY **J. HELLINGS**
DEPUTY CLERK

| **United States District Court** | District _EASTERN_ | |
|---|---|---|
| Name _HAROLD WALKER_ | Prisoner No. _V60211_ | Case No. |
| Place of Confinement _CORRECTIONAL TRAINING FACILITY_ _P.O. BOX 705_ _SOLEDAD, CA. 93960_ | | |

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| _HAROLD WALKER_    v. | _JAMES TILTON, DIRECTOR OF C.D.C.R._ |

The Attorney General of the State of: _CALIFORNIA_    _1:07-CV-1256 AWI DLB (HC)_

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _SUPERIOR COURT OF CALIFORNIA · COUNTY OF FRESNO · 1100 VAN NESS, FRESNO, CA. 93724_

2. Date of judgment of conviction _NOV. 18, 2004_

3. Length of sentence _3 YRS, 8 MONTHS_

4. Nature of offense involved (all counts) _P.C. 273.5 (a) CORPORAL TO SPOUSE; P.C. 236 FALSE IMPRISONMENT; P.C. 136.1 (C) (1) DISSUADING A WITNESS_

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes  ☐    No  ☒

8. Did you appeal from the judgment of conviction?
   Yes  ☒    No  ☐

9. If you did appeal, answer the following:

    (a) Name of court APPEALS COURT OF CALIFORNIA FOR THE FIFTH APPELLATE DISTRICT

    (b) Result DENIED

    (c) Date of result and citation, if known NO, FD4681

    (d) Grounds raised 1)COURT ERRORED BY REVOKING PETITIONER'S FARETTA RIGHT WITHOUT A WARNING ;

    2)TREATMENT OF CORPORAL INJURY TO FORMER COHABITANT (PC.273.5)AS A FELONY NOT A MISDEMEANOR REQUIRED
    DETERMINATION BY JURY.
    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

    (1) Name of court CALIFORNIA SUPREME COURT

    (2) Result DENIED PETITION FOR REVEIW

    (3) Date of result and citation, if known S142999

    (4) Grounds raised SEE 9(d) ABOVE

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect
    to each direct appeal:

    (1) Name of court N/A

    (2) Result N/A

    (3) Date of result and citation, if known N/A

    (4) Grounds raised N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions,
    applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court APPEALS COURT OF CALIFORNIA FOR THE FIFTH APPELLATE DISTRICT

    (2) Nature of proceeding HABEAS CORPUS

    (3) Grounds raised 1)PAROLE AGENT KEVIN CORCORAN CONDUCTED A WARRANTLESS ARREST OF PETITIONER; 2)

    PAROLE BOARD FAILED TO PROVIDE PETITIONER A PROBABLE CAUSE HEARING; 3) FAILURE TO PROVIDE EVIDENCE    9.

    (3) REVOKE PAROLE.

AO 241  (Rev. 5/85)

USED AGAINST PETITIONER AT REVOKATION HEARING; 4) DENIAL OF A TIMELY REVOCATION
REVOKATION HEARING, TO SUBPOENA FAVORABLE AND ADVERSE WITNESSES, AND USE OF
HEARSAY EVIDENCE AS THE ONLY EVIDENCE TO REVOKE PAROLE.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result   DENIED  (SEE EXHIBIT "10")

(6) Date of result   JUNE 7, 2007

(b) As to any second petition, application or motion give the same information:

(1) Name of court   CALIFORNIA SUPREME COURT

(2) Name of proceeding   HABEAS CORPUS

(3) Grounds raised   SEE II (a)(3) OF THIS PETITION

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result   DENIED   (SEE EXHIBIT "11")

(6) Date of result   AUG. 15, 2007

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.       Yes ☒   No ☐
(2) Second petition, etc.      Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize *briefly* the *facts*
supporting each ground.  If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court
remedies as to each ground on which you request action by the federal court.  If you fail to set forth all grounds in this
petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: PAROLE AGENT KEVIN CORCORAN CONDUCTED A WARRANTLESS ARREST OF PETITIONER IN VIOLATION OF PETITIONER'S CONSTITUTIONAL RIGHTS.

Supporting FACTS (state *briefly* without citing cases or law): ON JANUARY 16,2007, AFTER RECEIVING A PHONE CALL FROM KIMBERLY CANADA PAROLE AGENT CORCORAN CONDUCTED A WARRANTLESS ARREST OF PETITIONER FOR VIOLATING A CONDITION OF PAROLE (TO WIT COMING IN CONTACT WITH KIMBERLY CANADA) WITHOUT PROBABLE CAUSE OR A INVESTIGATION OR EVIDENCE OF THE ALLEGED PAROLE VIOLATION. WARRANT REQUIREMENTS FOR PAROLEES ARE NOT EXEMPT FROM ARREST LIKE SEARCHES ARE FOR PAROLEES. (SEE EXHIBITS "3" AND "6").

B. Ground two: PAROLE BOARD FAILED TO PROVIDE PETITIONER WITH A TIMELY PROBABLE HEARING OR ~~HEARING OR A PROBABLE CAUSE HEARING.~~ CAUSE HEARING

Supporting FACTS (state *briefly* without citing cases or law): PAROLEE'S PROBABLE CAUSE HEARING WAS NOT HELD AND SHOULD HAVE BEEN HELD ON JANUARY 30, 2007 10 ~~DAYS~~ BUSINESS DAYS AFTER BEING IN CUSTODY AFTER PAROLEE RECEIVED NOTICE OF CHARGES. PAROLEE WAS DENIED THE RIGHT TO PRESENT LETTERS, DOCUMENTS, OR SPEAK IN HIS OWN BEHALF AT A PROBABLE CAUSE HEARING OR GIVEN A COPY OF THE EVIDENCE OR REASON THAT A DETERMINATION WAS MADE TO KEEP PETITIONER IN CUSTODY FOR A REVOCATION HEARING (SEE EXHIBITS "1", "4", "5", "8").

AO 241    (Rev. 5/85)

C. Ground three: PAROLE BOARD FAILED TO PROVIDE THE EVIDENCE TO PETITIONER THAT WOULD BE USED AGAINST PETITIONER AT THE PAROLE REVOCATION HEARING OR A TIMELY HEARING.

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER WAS NOT GIVEN EVIDENCE (STATEMENTS FROM KIMBERLY CANADA, ROBERT LEE OWENS JR., JESSIE PARKER, FRESNO POLICE OFFICER JESSE J. RUELAS, AND THE POLICE REPORT) THAT WOULD BE USED BY THE PAROLE BOARD AT THE PAROLE REVOCATION HEARING. NO EVIDENCE THAT THE PAROLE BOARD USED TO REVOKE PAROLE OF PETITIONER WAS DISCLOSED TO PETITIONER WHICH DENIED PETITIONER TO PREPARE A DEFENSE AND PRESENT EVIDENCE A CLEAR VIOLATION OF ESTABLISHED MINIMAL DUE PROCESS (SEE EXHIBITS "1" AND "7").

D. Ground four: PAROLE BOARD DENIED PETITIONER'S RIGHTS TO A TIMELY REVOCATION HEARING, TO SUBPOENA FAVORABLE AND ADVERSE WITNESSES, TO CONFRONT AND CROSS EXAMINE ADVERSE WITNESSES, AND THE USE OF UNSWORN HEARSAY EVIDENCE AS THE ONLY EVIDENCE USE TO REVOKE PAROLE.

Supporting FACTS (state *briefly* without citing cases or law): PAROLE BOARD DENIED PETITIONER'S RIGHT TO HAVE A TIMELY REVOCATION HEARING WITHIN THE 35 DAYS OF THE DATE OF PAROLE HOLD, DENIED PETITIONER TO SUBPOENA FAVORABLE AND ADVERSE WITNESSES, TO CONFRONT AND CROSS EXAMINE ADVERSE WITNESSES WHO HAD PERSONAL KNOWLEDGE OF THE EVENTS THAT ACCURED ON JAN. 16, 2007. THE PAROLE BOARD KNOWINGLY AND WILLINGLY USED UNSWORN HEARSAY TESTIMONY IN THE POLICE REPORT AND THE PAROLE OFFICER'S REPORT. AS THE ONLY EVIDENCE TO REVOKE PAROLE (SEE EXHIBITS "1" THRU "9").

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing    N/A

(b) At arraignment and plea    N/A

(6)

(c)  At trial  N/A

(d)  At sentencing  N/A

(e)  On appeal  N/A

(f)  In any post-conviction proceeding  N/A

(g)  On appeal from any adverse ruling in a post-conviction proceeding  N/A

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
     Yes  ☐    No  ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
     Yes  ☐    No  ☒
     (a)  If so, give name and location of court which imposed sentence to be served in the future: _____

N/A

     (b)  Give date and length of the above sentence:  N/A

     (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     Yes  ☐    No  ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

Aug. 23, 2007
Date

_____
Signature of Petitioner

EXHIBIT "1"

BOARD OF PRISON TERMS                                          STATE OF CALIFORNIA
**NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT**
**BPT 1100**

*(Follows the ADA advisement and completion of the BPT 1073.)*

If the charges are referred to the Board of Prison Terms this is what will happen:

- You have a right to written notice of claimed violations of parole (CDC Form 1502b).
- You have a right to all evidence that will be used against you.
- You have a right to an attorney who will be assigned to represent you at all times during the revocation process.
- You have the right to ask your attorney to request an expedited (earlier) probable cause hearing if you have evidence that is a complete defense to the charges that are the basis of the parole hold.
- Effective July 1, 2005, you have the right to a probable cause hearing with your attorney and a Deputy Commissioner of the Board of Prison Terms within 10 business days of today if you are in custody. You have the right to present letters, documents, and speak on your own behalf at this hearing. The reason for the probable cause hearing is for the Deputy Commissioner to determine if there is enough evidence to keep you in custody until your revocation hearing and to try to settle your case on that date. At the probable cause hearing you will also be given the opportunity to discuss and accept or reject the offer given to you by the Deputy Commissioner.
- If you are in custody, you have the right to a revocation hearing within 35 calendar days from the date the parole hold was placed and to receive written notice of the date and time of the hearing.
- You have a right to be heard in person and to present witnesses and documentary evidence in your defense at a revocation hearing.
- You have a right to confront and cross examine adverse witnesses (unless the hearing officer specifically finds good cause for not allowing confrontation).
- You have a right to a neutral and detached hearing officer.
- You have a right to have your revocation hearing within 50 miles of the alleged violation.
- You have the right to subpoena witnesses in your defense to the same extent that the state can subpoena witnesses.
- You have a right to a written statement by the hearing officer as to the evidence relied on and the reasons for the decision and to receive a tape recording of the revocation hearing.

---

## Acknowledgement

1. I have been informed of my rights listed above.
2. I know that I will meet with an attorney. My attorney will tell me all my rights and the BPT return-to-custody assessment offer.
3. I have a copy of the papers and reports checked below.
   - ☑ BPT Form 1073, Notification of Americans with Disabilities Act completed today
   - ☑ CDC Form 1502(b), Charge Report
   - ☑ BPT Form 1100, Notice of Rights and Acknowledgement
   - ☑ Blank Form BPT 1100(b), Request for Witnesses
   - ☐ Other:_____

I have read (or had read to me) the information above. I have been given copies of the papers, forms, and reports listed above

| | | |
|---|---|---|
| Signature of Parolee | CDC Number  1-602 11 | Date  1-17-07 |
| Signature of Staff Completing the Actual Notice | Print First Initial, Last Name  A. GELICCI | Date  1-17-07 |

NAME _Hicem, Hancis_    CDC # _1-602.11_    INST/REGION _ME 6 / I_

BPT-1100 (Rev 12/04)          Distribution:  White – C-file, Canary – Inmate/Parolee

EXHIBIT "2"

BOARD OF PRISON TERMS
STATE OF CALIFORNIA
## NOTICE AND REQUEST FOR ASSISTANCE AT PAROLE PROCEEDING
BPT 1073

**PRE-INTERVIEW FILE REVIEW (STAFF ONLY)**
I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file information prior to first contact with the inmate identified below. I have filled in all identified disabilities. If the inmate has a disability that may affect his/her ability to participate in this parole proceeding, I will complete the minimum requirements of the BPT 1073 form, complete a BPT 1074 (Parolee Disability Review Sheet (PDR)) and attach the document, if any, to the BPT 1073.

Print Name: _____ Signature: _____ Date: _____

**Identified Disabilities**

☐ Mental Health Concerns (Circle One)  CCCMS  EOP  MHCB  DMH  128C dated: _____

☐ Developmental Disability (Circle One)  DD1  D1A  DD2  DD3  128C-2 dated: _____

☐ Physical Disability (Circle all that apply) {verified on CDC Form 1845 } Dated _____

  Mobility (DPW / DPO / DPM / DNM)  Vision: (DPV/DNV)  Hearing: (DPH / DNH)  Speech: (DPS / DNS)

☐ Other Disability (that may limit access): _____ documented on _____ dated: _____

☐ Learning Disability documented on _____ dated: _____

☒ NO DISABILITIES IDENTIFIED FROM THE FILE REVIEW.

**Other Potential Assistance Needs:**

☒ Reading Level /0.6 Total GPL N/A (If not available, note "N/A")

☐ Non-English Speaking (List language(s) inmate/parolee speaks): _____

**II. INMATE/PAROLEE RIGHTS & SELF-IDENTIFICATION**
You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPT or CDC must provide you with help to read the forms and papers. If you need special transportation, the BPT or CDC must provide it for you.

**Check all that apply:**

☐ I need help reading my documents.
☐ I need help understanding the procedures and forms.
☐ I need a sign language interpreter.
☐ I need a wheelchair and I ☐ do have one. ☐ do not have one.
☐ I do not speak English and need an interpreter in _____ (language)
☐ Other _____

☐ I need the following help to hear _____
☒ I need the following help to see READING GLASSES
☐ I need to communicate in writing.

☒ I do not need any help for my parole hearing.

X _____ (Inmate/Parolee Signature)  CDC # 60211  X /-/-2007 Date Signed

**III. INITIAL SERVICE OF RIGHTS (STAFF ONLY)**
I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

☒ Appears to understand    ☐ Appears to have difficulty understanding

☐ Effective Communication Method Used: (Foreign language interpreter, sign language interpreter, read/spoke slowly, assistive device, etc.)

Inmate/parolee STATED HE HAS ASTHMA, BACK/NECK PROBLEMS AND HEART MURMUR.

Additional Comments: INMATE CLAIMS COMPLETION OF HIGH SCHOOL.

Staff Name and Title (please print) _____  Staff Signature _____  Date /-17-07

**IV. BPT REVIEW FOR INTERNAL USE ONLY (Non-Litigation cases)**

Accommodation(s)/Assistance to be provided at hearing(s): _____

Staff Name and Title (please print) _____  Staff Signature _____  Date _____

NAME WALKER, HAROLD  CDC # V-60211  TYPE OF HEARING REV  DATE OF HEARING 1-17-07  LOCATION PBSP I

BPT 1073 (Rev 10/04)    Distribution: White – C-file, Canary – ADA Coordinator, Pink – BPT ADACU, Goldenrod – Inmate/Parolee

EXHIBIT "3"

Case 5:07-cv-05541-JF   Document 1   Filed 08/30/2007   Page 12 of 50

STATE OF CALIFORNIA
**CHARGE REPORT**
CDCR 1502 (b) (02/05)

DISTRIBUTION:      CDCR
ORIGINAL - C-File
1ST COPY – Field File
2ND COPY – Parolee

**REPORT TO:** ☐ BOARD OF PRISON TERMS

| CDC NUMBER | NAME (LAST, FIRST, MI) | | NAME BOOKED AS | | REGION/UNIT | | |
|---|---|---|---|---|---|---|---|
| V60211 | WALKER, Harold | | Same | | Reg.1 Fre-6 | | |
| ARREST DATE | ARRESTING AGENCY | | BPT REFERRALS: | | | BOOKING NUMBER AND/OR LOCATION | |
| 01/16/07 | Fresno P.D. | | ☐ MANDATORY | ☐ NON-MANDATORY | FCJ | | |

| ARREST CODE * | * ARREST CODES: A  PACSD STAFF ALONE     AB  PACSD ASSISTED BY LAW ENFORCEMENT AGENCY | B  LAW ENFORCEMENT AGENCY ALONE   D  LAW ENFORCEMENT AGENCY WITH INFORMATION FROM PACSD |
|---|---|---|
| AB | | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 01/16/08 | 01/16/08 | Intact | K. Corcoran | 11/26/09 | 11/26/07 | |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| 1. Cond 1: Contact Association with Prohibited Person (013) | 4. |
| 2. Cond 4: Delaying a Peace Officer [PC 148(a)(1)] (997) | 5. |
| 3. | 6. |

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO
☐ ABSCOND ☐ SELF ☐ PROPERTY-OTHERS ☒ SAFETY-OTHERS

DATE COPY GIVEN TO PAROLEE  1-17-07

NAME OF PERSON NOTICING PAROLEE  K. ANGELICO

On 01/16/07, at 11:50 hours, Agent Corcoran received information that Walker had contacted Kimberley Canada in the area of 2715 S. MLK Blvd.

Walker has a special condition of Parole which prohibits him from having contact in any manner with Kimberley Canada, Victim.

According to witness statements, Walker approached Canada and made threatening statements to her.

Agent Corcoran and Officers from the Fresno Police Department responded to the area and found Walker at a residence near by.

Walker refused repeated instruction to exit the residence by both the Police Department and Agent Corcoran.  Walker finally surrendered to Agent Corcoran after approximately twenty minutes, significantly reducing Officers ability to respond to other calls for service.

PAROLE AGENT'S RECOMMENDATION:
Retain hold, refer to BPH for further review and disposition.

PAROLE AGENT'S SIGNATURE  K. Corcoran, PA I          DATE 1/16/07

| UNIT SUPERVISOR'S ACTION | RELEASE HOLD AS OF (DATE): | |
|---|---|---|
| ☒ DECISION  ☐ REVIEW  ☒ RETAIN HOLD | | ☐ CANCEL WARRANTS – WANTS |
| ☐ CONTINUE ON PAROLE  ☐ CONTINUE IN OUT PATIENT STATUS | *DISCHARGE EFFECTIVE (DATE): | ☐ RETAIN ON PAROLE |
| ☐ REINSTATE ON PAROLE AS OF (DATE)  TIME LOSS ☐ NO TIME LOSS | ☐ SUSPEND/REINSTATE IN OPS AS OF (DATE): | ☐ REFER TO BPT  ☐ INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE): |
| SPECIAL CONDITION(S): | | ☐ ADD  ☐ DELETE |

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION
Retain hold, refer to BPH for further review and disposition.

☐ I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD.

UNIT SUPERVISOR'S SIGNATURE  L. Robinson, PA III      DATE 1/16/07

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| ☐ REFER TO BPT | *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|

EXHIBIT "4"

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

**SUMMARY OF REVOCATION HEARING AND DECISION**

(BPH Rules, Chapter 6, Article 3)

| Records Office Use Only |
| --- |
| Projected Revocation Release Date |
| Revocation Release Date |
| Controlling Discharge Date |
| Discharge Review Date |

## PRELIMINARY INFORMATION

| Type of Hearing | Location of Hearing |
| --- | --- |
| PROBABLE CAUSE | Parolee in custody at Time of Hearing: YES |

**Basis for Charges**

Parole Violation Report, Dated:    24-JAN-2007

Police Report Agency    Dated:

**Optional Waiver**

NO    Date Signed by Parolee:
Date of BPH Action:

Assessment:

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978:  NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979:   YES
Date of arrest on current parole violation charge(s):  16-JAN-2007
Date hold was placed on current parole violation charge(s):  16-JAN-2007

**ADA**  Special Needs:

**Present at Hearing**    Hearing Officer: P REARDON

1. ☐ Yes  ☒ No  Parolee (if Parolee absent, Why?) REFUSED TO ATTEND PCH
2. ☐ Yes  ☐ No  Attorney Name:                                    ☐ Waived
3. ☐ Yes  ☒ No  Agent of Record or Substitute:          Reason not present: PCH
4. ☐ Yes  ☐ No  Hearing Agent:                                 Reason not present:
5. ☐ Yes  ☒ No  Observers    Name and Organization:
6. ☐ Yes  ☒ No  Interpreter Assigned Language          Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*NOTIFICATION METHOD

M = Memo    PC = Personal Contact
L = Letter    SP = Subpoena
PH = Phone    TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION

Status:  A = Adverse          Requested by:  S = State
F = Friendly                                     P = Parolee
V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
| --- | --- | --- | --- |
| WALKER, HAROLD | V60211 | FRESNO 6 / 1<br>CORCORAN, KEVIN | 31-JAN-2007 |

BPH 1103-PCH (Rev. 01/05) Electronic                Page 1 of 5                PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS
**SUMMARY OF REVOCATION HEARING AND DECISION**
STATE OF CALIFORNIA

**Preliminary Information (cont.)**

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

| Charges | | | PCH | | Plea | | |
|---------|---|---|-----|---|------|---|---|
| | | | Prob Cause | Dismiss | Admit | Deny | No Plea |
| 1. | 729 | Use of marijuana | X | | | | X |
| 2. | 013 | Assoc. with prohibited or non-gang validated persons | X | | | | X |
| 3. | 997 | DELAY/OBSTRUCT A PEACE OFFICER PC 148 (A) (1) | X | | | | X |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| **WALKER, HAROLD** | **V60211** | **FRESNO 6 / 1** | **31-JAN-2007** |
| | | **CORCORAN, KEVIN** | |

BOARD OF PAROLE HEARINGS
**SUMMARY OF REVOCATION HEARING AND DECISION**

STATE OF CALIFORNIA

---

### REASON FOR DECISION

---

**Basis for Conclusion:**

PAROLEE REFUSED TO ATTEND AND PARTICIPATE IN PCH HEARING. VERIFIED BY CORRECTIONAL OFFICER. NO FORMAL PCH WAS HELD. RTCA OFFER OF 12 MONTHS, INELGIBLE. MATTER TO BE SET FOR REVOCATION HEARING.

**Basis for Disposition:**

RTCA OFFER OF 12, INELGIBLE IS REJECTED, MATTER TO BE SET FOR REVOCATION HEARING.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| **WALKER, HAROLD** | **V60211** | **FRESNO 6 / 1** <br> **CORCORAN, KEVIN** | **31-JAN-2007** |

BOARD OF PAROLE HEARINGS                                                  STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

## SUMMARY OF DISPOSITION

Parole Referral: REFER

Custody Status: In Custody as of 16-JAN-07

[ ] Continue on Parole    [ ] Schedule for Revocation

[ ] Dismiss    [ ] Other Non-Rev Sanction

[X] Parole Revoked-Return to Custody: 12 months

Serve   [ ] Consecutively [ ] Concurrently

[ ] Parole Revoked-Return to Custody:   months for Psych Rx

[ ] Time Served:        to

Hold Order: [ ] Place    [ ] Remove

**3057 Credits**

[ ] Eligible

[X] Ineligible 3057d-1    Reason for Ineligibility:

    [ ] Commitment Offense:

    [X] Revocation Offense: ASSOC/PROHIBITED PERSON

    [ ] Parole Violation:

    [ ] Sentenced under PC 1168:

[ ] Unsuitable for credits because of PC 3057(d)(2)(e)

    [ ] Prior Criminal History

    [ ] Circumstances & Gravity of Parole Violation

    Specify Reason

**Parolee Decision**

[ ] Accept    [X] Reject    [ ] Optionally Waive

**Optional Waivers**

[ ] Previous BPH Action of _____ is:

    [ ] Rescinded    [ ] Reaffirmed

**Special Conditions of Parole**

[X] Noted    [ ] Reaffirmed    [ ] Amended

**Other**

Special Condition             Reason

Instructions to CDCR or DAPO Staff

REMEDIAL SANCTIONS WERE REVIEWED AND CONSIDERED. PAROLEE IS UNSUITABLE FOR THESE SANCTIONS AT THIS TIME DUE TO THE NATURE OF THE PAROLE VIOLATIONS AND CRIMINAL HISTORY.

Miscellaneous Actions

**BPH HEARING PANEL**

NAME:

NAME: *Patrick J. Reardon*

DECISION REVIEW BY:

| REVOCATION HEARING TIME (MINUTES) | |
|---|---|
| 1. Prehearing Prep. Time: | 3 |
| 2. Actual Hearing Time: | 3 |
| 3. Report Completion Time: | 3 |
| 4. Other: | |
| **Total:** | 9 |

Hearing Accommodations (ADA) Provided: [ ] Yes [X] No

Accom:

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WALKER, HAROLD | V60211 | FRESNO 6 / 1<br>CORCORAN, KEVIN | 31-JAN-2007 |

BOARD OF PAROLE HEARINGS                                                    STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

**V. OBJECTIONS**

[X] None      [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|------------|---------------------|--------------|
| **WALKER, HAROLD** | **V60211** | **FRESNO 6 / 1**<br>**CORCORAN, KEVIN** | **31-JAN-2007** |

EXHIBIT "5"

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA
**PAROLEE – ATTORNEY DECISION FORM**
BPT 1104(b)

**ASSESSMENT OFFER OF:** _____12_____ months  [INELIGIBLE]  **ELIGIBLE**   (circle one)

---

☑ **NOTICE ACKNOWLEDGEMENT:** I have gotten and understand(or had explained to me) all necessary documents except the following (indicate form name and description or indicate "N/A" if you got everything):_____

*Select one of the five following options:*

☐ **1. ACCEPT:** I accept the return to custody order (assessment offer) and unconditionally give up my rights to contest the charges against me or have a probable cause or full revocation hearing. I also agree to any and all special conditions of parole imposed on me by the Board of Prison Terms.

☐ **2. OPTIONAL WAIVER:** I accept the assessment offer and optionally give up my right to a hearing (probable cause and full revocation) at this time because local charges have been filed. I may choose to have a hearing later (within 15 days of the end of local proceedings).

☐ **3.** I request a **PROBABLE CAUSE HEARING.** I understand that the assessment offer will remain open until the conclusion of the Probable Cause Hearing.

☐ **4.** I request an **EXPEDITED PROBABLE CAUSE HEARING.** (Please describe reason for this request on separate sheet. Note, an offer of proof is required to show there is a complete defense to the charges that are the basis of the parole hold).

☑ **5. REJECT:** I reject the screening offer, give up my right to a probable cause hearing, and request a full revocation hearing.

    ☐ I intend to **admit** to the charges circled below. (Circle the appropriate charge numbers only; those not circled are presumed to be a plea of either deny or no plea):
    ▪ **Charges I Admit :**    1    2    3    4    5    6    7    8

---

☐ I need the following ADA and/or foreign language accommodation for my hearing:_____

☐ **WAIVERS:** I give up my right to the following: (*Select all boxes that apply*)

    ☐ I give up my right to call any witnesses at my full revocation hearing.

    ☐ I give up my right to call my parole agent to attend my full revocation hearing.

    ☐ I need _____ more days to prepare. I give up my right to have a timely (probable cause/full revocation) hearing. (Circle one or both).

| Signature of Inmate/Parolee | ☑ Inmate/Parolee refused to sign/appear (circle one or both). Witness: | Date 1/20/07 |
|---|---|---|
| Printed Name and Signature of Attorney  Kyle W. Sene //C | Telephone Number (00) 752-0881 | Date 1/21/07 |

**NAME** WALKER, HAROLD          **CDC NUMBER** V60811          **INST/REGION**

BPT 1104-B (Rev 01/05)

EXHIBIT "6"

STATE OF CALIFORNIA
CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST
CDC 1676 (4/91)

DISTRIBUTION:
ORIGINAL - BOARD REPORT
1ST COPY - R.H.C.
2ND COPY - H.A.
3RD COPY - PAROLEE
4TH COPY - U.S.

DEPARTMENT OF CORRECTIONS

REPORT TO:  ☑ BOARD OF PRISON TERMS
            ☐ NARCOTIC ADDICT EVALUATION AUTHORITY

| DC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT | CST CU - ST |
|---|---|---|---|---|
| J60211 | WALKER, Harold | Same | Reg.1 Fre-6 | YES ☐ NO ☐ |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|
| 01/16/07 | Fresno P.D./DAPO | ☒ MANDATORY ☐ NON-MANDATORY | WASCO |

ARREST CODE *
* ARREST CODES:
A   P&CSD STAFF ALONE                          B   LAW ENFORCEMENT AGENCY ALONE
AA
AB  P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY   D   LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD
A/B

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 01/16/07 | 01/16/07 | Intact | K. Corcoran | 11/26/09 | 11/26/07 | |

CHARGES AND CODES
1. Cond 4: Use of Marijuana (729)          4.
2. Cond 1: Contact/Association W/ Prohibited Person (013)     5.
3. Cond 4: Delay/Obstruct A Peace Officer PC 148 (a)(1) (997)    6.

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO:
☐ ABSCOND  ☐ SELF  ☐ PROPERTY-OTHERS  ☒ SAFETY-OTHERS

DATE COPY SENT TO PAROLEE     INITIALS OF PERSON SENDING

## SUPPORTING EVIDENCE:

### CHARGE ONE:

On 01/05/07, Walker submitted a urine sample for anti narcotics testing.

On 01/11/07, the results of Walkers test where received by Agent Corcoran, indicating a positive result for THC (Cannabinoids).

### CHARGE TWO AND THREE:

On 01/16/07, at 11:50 hours, Agent Corcoran received a telephone call from Kimberley Canada.

Agent Corcoran recognized Ms. Canada from previous conversations with her, regarding Walker.

Walker has a special condition of Parole which prohibits him from contacting, attempting to contact, in any manner, Ms. Canada or any member of her family.

Ms. Canada told Agent Corcoran that Walker had just threatened her, and her friend, at the front door of her friend's residence, 2715 S. Martin Luther King Jr. Blvd, apartment 113, Fresno.

Ms. Canada said Walker was still outside the apartment; Ms. Canada expressed fear for her safety.

Agent Corcoran advised Ms. Canada to stay in the apartment, Agent Corcoran contacted the Fresno Police Department to request assistance.

Fresno Police dispatch told Agent Corcoran Officers were on their way.

After case conferencing the situation with Parole Supervisors, Agent Corcoran began to respond to the S. Martin Luther King Jr. Address.

The Fresno Police Department updated Agent Corcoran; Stating Walker had left the apartment 113 address and was now in a nearby apartment refusing Officer's instruction to come out.

Agent Corcoran arrived on scene, the address provided is a large single story apartment complex, located at the corner of S. Martin Luther King Jr. Blvd and Annandale, in Fresno.

The address Walker was now at, and the 113 address, is less than twenty five yards apart.

As Agent Corcoran approached the apartment Walker was now in, Agent Corcoran saw that Officers of the Fresno Police Department had the Apartment surrounded.

Walker was visible through the front door screen and appeared to be on the phone.

Agent Corcoran heard Officers giving Walker instructions to exit the apartment and surrender, Walker refused.

Walker saw Agent Corcoran approach and requested to speak to him, Agent Corcoran approached the area of the front door.

Walker demanded the names and badge numbers of all the Officers on scene and said he was not coming out until a supervisor arrived.

Walker said he was at the apartment watching the children of friends, while they were out and that the Police had no right to give him any orders.

Walker was having a phone conversation with, what sounded like the Fresno Police Department.

Agent Corcoran gave Walker several instructions to exit the apartment, explaining that he had requested the Police arrest him for having contact with Kimberley Canada.

Walker said he would come out however, instead of coming out, he made more phone calls while standing just inside the front door.

Sergeant Manha of the Fresno Police Department arrived on scene, Sergeant Manha immediately ordered Walker out of the apartment, Walker ignored Sergeant Manha.

Agent Corcoran continued dialoging with Walker, after approximately 20 minutes, Walker finally exited the apartment and was taken into custody by Agent Corcoran.

Agent Corcoran secured Walker in the back of a Patrol vehicle and made contact with the individuals who were in the apartment Walker just exited.

Agent Corcoran spoke with two individuals who appeared to be in their late teens, both male.

Agent Corcoran was told that Walker was a friend of their parents, however they were unaware Walker had been asked to supervise them.

Walker was subsequently transported and booked into Fresno County Jail by Officer Ruelas of the Fresno Police Department.

**PAROLEES STATEMENT:**

On 01/19/07, at 18:30 hours, Agent attempted to interview Walker at the Fresno County Jail.

Walker was uncooperative, stating he had nothing to say to Agent Corcoran.

**VICTIM STATEMENT:**

On 01/16/07, at 2715 S. Martin Luther King Jr. Blvd, Apartment 113, Agent Corcoran interviewed Kimberley Canada and an unidentified male.

The unidentified male said he lives at the apartment and allows Ms. Canada to stay there off and on.

He continued that on 01/16/07, at approximately 11:45 hours, Walker knocked on his door.

When he answered the door, Walker said "You tell that punk bitch to keep my name out of her mouth or I'm gonna smoke her."

He said Walker was highly confrontational and threatening towards him.

According to Canada, she walked up to the apartment as this exchange was occurring.

Walker then turned his attention towards Canada and said "If you set me up again, I'm gonna smoke you."

Canada went in the apartment and called Agent Corcoran and the Police.

**COURT INFORMATION:**

As of 01/23/07, there is no court information available.

**ATTACHMENTS:**

1. Copy of Walker's Parole Conditions.
2. Copy of National Toxicology Laboratories results.

EXHIBIT "7"

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 07AB8994**

**Case: 07-004695**

## INCIDENT INFORMATION

Report #: 1 of 3    Report Type: OTHER CRIME    District: SW Sector: H    Zone: 3155
Definition and Class: PC664 Attempt  PC166(A)(4) - CONTEMPT:DISOBEY CRT ORDR - Lvl M
Occurred From: 01/16/07 11:55 Tue    Occurred To: 01/16/07 11:56 Tue    Received Date: 01/16/07 11:55 Tue
Location: 2715 S MARTIN LUTHER KING BL #113 FRESNO
Cross Street: VINE AV E
How Rcv:: T

## CASE FACTORS

**FOLLOWUP**
    SUSP ARRESTED
**SOLVABILITY FACTORS**
    ADULT CITED
**SPECIAL FACTORS**
    CONFIDENTIAL, DOMESTIC VIOLENCE, ELECTRONIC REPORT

## APPROVALS AND ROUTING

Close Class: 2S0    Open Class:: 2R
CAS Code: COUR
Printed: 2/19/2007 8:31:01 AM    Printed By: CHATMAN (V3407), ELIZA(08291)    Printed From: REC101-2
Domestic Violence
Rpt #: 1    Type: FIRST    Officer: RUELAS (V3534), JESSE J #P811    Clerk: #:    Created: 01/16/07 11:55
Filed Date: 01/16/07 13:13 Assigned Date: 01/16/07 13:13
Approved By: NEVEU (V3206), MICHAEL #P733    Date Approved: 1/21/2007 7:25:31 AM
Reviewed By: MARRIOTT (V3355), PATRICK #P421    Date Reviewed: 1/23/2007 8:00:56 AM
Routing: None

## DOMESTIC VIOLENCE ENTRY

Length of Relationship: 2 Years  Relative Size: VICTIM SMALLER    Aggressor: SUSPECT
Relation Status: FORMER DATING    Relation End Date: 4/20/2007
Emotional Desc: SUSPECT WALKER VERY IRRATIONAL AND ANGRY
Injury Desc: NONE
Physical Desc: N/A
Crime Scene Desc: N/A
Witness Present, Prior DV History, No Injury, Former Dating

## NAMES

Inv: CITED # 1    Adult/Juvenile: A  Type: PERSON
Name: WALKER, HAROLD
Race: B    Sex: M    DOB: 01/31/1964    Age: 42    Height: 600  Weight: 180 Hair: BLK    Eyes: BRO
Language: ENGLISH    PD#: 117104    Birth City: SAN JOSE    Birth State: CA
Clothing: BLACK PANTS, WHITE SHIRT    Crime Type: PC 166    Suspect Status: CIT

| Physical Desc: | Category | Type |
|---|---|---|
| | BODY BUILD | HEAVY |
| | COMPLEXION | DARK |
| | EMOTIONAL STATE | ANGRY |
| | EMOTIONAL STATE | IRRATIONAL |
| | EMOTIONAL STATE | THREATENING |
| | EMOTIONAL STATE | UPSET |
| | FACIAL HAIR | MUSTACHE |
| | FACIAL SHAPE | ROUND |
| | GENERAL APPEARANCE | CASUAL |
| | HAIR LENGTH | SHORT |
| | HAIR STYLE | CURLY |

This Copy was prepared by the Fresno Police
Department on (date) 2-19-07
of the office of
Name Officer Ruellas P811
Agency P.D.
and may not be revealed by any unauthorized person
By

Officer: RUELAS (V3534), JESSE J #P811

Supervisor: NEVEU (V3206), MICHAEL #P733

# FRESNO POLICE DEPARTMENT

**Event: 07AB8994**                    CA0100500                    **Case: 07-004695**

|  | TEETH |  | GAPS |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Scars, Marks and Tattoos: | Location | | Feature | Description | | |
|  | CHEST | | SC | | | |
|  | L ARM | | TAT | MD | | |

**Identification:** DL - C5948385 - CA | CDC - V60211 - CA
**Home:** 1232 E JENSEN, FRESNO, CA 93706
**Home:** 2363 S. LILY AVE, FRESNO, CA 93706
**Phone:** (559)442-4566
**VICTIM:** STATE OF CALIFORNIA
***** Charge Information *****

| Section | Code | Lvl | Description | Counts | Bail | Warrant |
| --- | --- | --- | --- | --- | --- | --- |
| 166(A)(4) | PC | M | CONTEMPT:DISOBEY CRT ORDR | 1 | | |
| 148(A)(2) | PC | M | OBSTR/ETC PUB OFC:RADIO | 1 | | |

**Inv:** VICTIM # 1    **Type:** STATE OF CALIFORNIA
**Name:** STATE OF CALIFORNIA
**SUSPECT:** WALKER, HAROLD

**Inv:** VICTIM # 2    **Adult/Juvenile:** A   **Type:** PERSON
**Name:** Confidential (Victim)

**Inv:** WITNESS # 1   **Adult/Juvenile:** A   **Type:** PERSON
**Name:** OWENS, ROBERT LEE JR
**Race:** B    **Sex:** M    **DOB:** 04/08/1965   **Age:** 41    **Height:** 510  **Weight:** 190  **Hair:** BLK   **Eyes:** BRO
**Occupation:** CONSTRUCTION   **Employer:** O PLUS O CONSTRUCTION    **Work Hours:** DAY SHIRT
**Language:** ENGLISH    **Birth City:** LA    **Birth State:** CA
**AKA Name:** OWENS    **First:** ROBERT    **Aka DOB:** 4/8/1965

| Scars, Marks and Tattoos: | Location | Feature | Description |
| --- | --- | --- | --- |
|  | R ARM | TAT | FIRFATS |

**Identification:** DL - A2160901 - CA | OA - 177481 - FPD
**Address:** 2715 S MARTIN LUTHER KING BL #113, FRESNO, CA 93706
**Phone:** (559)519-6583

**Inv:** WITNESS # 2   **Adult/Juvenile:** A   **Type:** PERSON
**Name:** PARKER, JESSIE
**Race:** B    **Sex:** M    **DOB:** 04/27/1976   **Age:** 30    **Height:** 508  **Weight:** 160  **Hair:** BLK   **Eyes:** BRO
**Language:** ENGLISH
**Home:** 917 A ST, FRESNO, CA 93703
**Phone:** (559)441-9236

| MO |
| --- |

None

| OTHER FACTORS |
| --- |

**PERSON CRIMES**
     DOMESTIC VIOLENCE

**Officer:** RUELAS (V3534), JESSE J #P811
**Supervisor:** NEVEU (V3206), MICHAEL #P733

Page 2 of 5

# FRESNO POLICE DEPARTMENT

**Event: 07AB8994**

CA0100500

**Case: 07-004695**

## NARRATIVE

## MEMBERS WHO CAN TESTIFY:

Sgt. N. Manha #S27  SW 1
Officer S. Pena #1020  SW 1
Officer J. Pinedo #611  SW 1
Officer J. Alvarez #1013 K-9
Parole Agent Corcoran #5083 CDC Parole

## SOURCE:

On 01/16/07 at about 1155 hours, Parole agent Corcoran requested my assistance with the arrest of a wanted parolee at 2715 S. Martin Luther King #113.   Agent Corcoran advised dispatch the parolee violated a restraining order and his parole conditions.

## INVESTIGATION:

Upon arrival I spoke to *victim who told me (CIT) Harold Walker approached her and said; "You call the police on me and I'm going to shoot you!".  *Victim told me she saw Walker enter the apartment at 2705 S. Martin Luther King #121. I walked over to the apartment which was just east of apartment # 113.

 As I approached the apartment assisting officers arrived and took positions in the front and rear of the apartment. I saw there was open front window with a screen on it.  I heard a male voice from inside the apartment yell loudly at me; "What do want?!?!".  I advised the male I was there to talk to Harold Walker regarding the incident that just occurred at apartment #113.  The male identified himself as Harold Walker. I asked Walker to step outside so we can talk about the incident. I also told Walker his parole agent was enroute to speak to him also.  Walker replied; " I don't have to come out, and you better get a fucking warrant!".  Walker locked the front security screen door became uncooperative and belligerent. I then took a position away from the front door and next to the open window. I could not see inside the apartment, and I could not see Walker. I asked Walker again to step outside.  Walker responded by saying he was calling the federal courthouse because he has a lawsuit pending against the Fresno Police Department.  Walker told me this was not his residence, and he was house sitting for a friend and he does not have to comply with my directives.

 K-9 Officer Alvarez told me to make a K-9 announcement. I made two K-9 announcements.  Walker replied to the announcements; "You going to let the dog on me?, now you threatening me!?".

 I could hear Walker talking on the phone telling the person on the phone that there was two Fresno Police Officer harassing him and he has a lawsuit against the police. I asked if there was anyone else inside the apartment. What sounded like male juvenile answered that he was inside with Walker. I could not see the juvenile.  Walker then yelled; "I'm on the phone with the chief's office, and the lady says you have to give me your business card and a supervisor has to be here!".  I heard Walker tell the person on the phone; "I can't see their police cars to get a car number". Walker then yelled; " I ain't coming out, because the deputy chief is going to check with the commander to see if these officers should be out here!". I told Walker my last name and badge number three different times. Walker refused to listen and was yelling; "I ain't coming out, you refuse to give your business card, and the lady at the chief's office says you have to give me one and a supervisor has to be here!".  It appeared who ever was talking with Walker on the phone was attempting to delay his arrest, and compromising Officer's safety at the scene.

Officer: RUELAS (V3534), JESSE J #P811

Supervisor: NEVEU (V3206), MICHAEL #P733

Based on Walker's aggressive nature, and due to the fact he had barricaded himself with possible juvenile in the residence, I requested Sgt. Manha to respond to my location. Agent Corcoran arrived and attempted to negotiate with Walker. Agent Corcoran told Walker he had sent the police, and he was going to be arrested today for violatingthe conditions of his parole. Walker told Agent Corcoran he was going to step outside only if the police left. Agent Corcoran told Walker that was not going to happen. Walker continued to refuse to comply with his parole agent's directives.

Sgt. Manha arrived and spoke to Walker through the security door. Sgt. Manha told Walker he need to listen to his parole officer and exit the residence. After about 10 minutes of delay and Walker refusing to exit the apartment, he finally exited the apartment. Walker was placed into custody by his parole agent. Officer Pinedo transported Walker to the I bureau.

I spoke to (W-1) Jessie Parker. Parker told me he was inside the apartment. Parker told me he heard me say my name and badge number at least two times. Parker further stated this was not his apartment and was just visiting Walker. Parker said he wanted to come outside when the police arrived, but Walker told him not to leave.

I then spoke to *victim again. *Victim said she was staying at 2715 S Martin Luther King #113 with her friend (W-2) Robert Owens. *Victim said Walker is her ex-boyfriend and has been in prison for the last three years for spousal abuse. *Victim told me she has been trying to go to the court house to get a extension on her restraining order because it expires in in a few months. *Victim said she has been afraid to leave her house, because Walker has been asking all of her friends and family where has *victim been staying at. *Victim said Walker has been following her children trying to find out where she is. *Victim told me she is very fearful of Walker, and does not know how he found out she was staying at this apartment. *Victim further stated she does not know why Walker is so angry at her after three years.

I spoke to (W-2) Robert Owens. Owens told me he does not know Walker. Owens said Walker was at his door telling him; "Tell your bitch friend she better not say my name in her mouth, or I'm going to smoke her!". Owens told Walker; "I don't have anything to do with this, why are you telling me this?". Walker replied; "I beat your ass too if you want me too!". Owens said he took the "smoke her" statement as Walker was going to shoot the victim with a firearm. Owens told me he has nothing to do with the incident, and has only known the victim for the last four months.

Fresno PD communications advised me there was a restraining order "hit" in the CLETS system. The restraining order stated Walker had been served with the criminal protective order. The Fresno superior court case was #F04904506-3. The order sated Walker was to stay away from the victim and not to contact her.

Walker continued to be belligerent while at the I bureau. Walker was requesting to use his inhaler for asthma. Walker was given his medication twice, and he self medicate himself. Walker he did not want to speak to officers and he said he was invoking his fifth amendment right. Walker continued to cause a disturbance inside the I bureau by yelling and cursing at officers and other prisoners.

## CONCLUSIONS / DEDUCTIONS:
Walker delayed Officers during the performance of their official duties by refusing to comply with directives. Walker's parole agent requested assistance with the arrest of Walker for violating the conditions of his parole. Walker barricade himself inside the apartment and refused to comply with

Event: 07-AB8994

officers, or his parole agent. Walker also violated the criminal protective order that was served to him in 2004, by contacting the *victim.

## DISPOSITION:
Walker was cited for PC 148 (A) (1), AND PC 166 (A) (4).  Citation #1693160.  Walker was booked for PC 3056 refer to FPD case #07-4711.



**RELATED REPORTS**

CITE PD:1693160  Comment:

EXHIBIT "8"

BOARD OF PRISON TERMS
**REQUEST FOR WITNESSES**
BPT 1100(b)

STATE OF CALIFORNIA

[ ] I want these *witnesses* to help me tell my side of the story:

| NAME (AND CDC# IF APPROPRIATE) | ADDRESS | TELEPHONE |
|---|---|---|
| MONIQUE OWENS | 2715 So. M.L.K. BLVD., # 113 FRESNO, CA 93706 | |
| ERMA FORD | 2715 S M.L.K. BLVD., # 121 FRESNO, CA 93706 | (559) 264 6889 |
| MAURICE BUSSEY | 949 E. ANNADALE AVE. # 124 FRESNO, CA 93706 | (559) 477-5682 |
| *Patricl A. Reader  1/3/07* | | |
| | | |
| | | |

[ ] I want these *witnesses* who have said things against me:

| NAME (AND CDC# IF APPROPRIATE) | ADDRESS | TELEPHONE |
|---|---|---|
| KIMBERLEY CANADA | UNKNOWN | UNKNOWN |
| | | |
| | | |
| | | |
| | | |
| | | |

[ ] I DO NOT want to *subpoena* any witnesses:

| SIGNED | DATE |
|---|---|
| | |

☒ I WANT to *subpoena* these witnesses:

| NAME | What this person can say about my case: |
|---|---|
| MONIQUE OWENS | THAT I DID NOT COME IN CONTACT WITH MS. CANADA |
| ERMA FORD | THAT I DID NOT COME IN CONTACT WITH MS. CANADA OR MAKE THREATING STATEMENTS |
| MAURICE BUSSEY | THAT I DIDNOT COME IN CONTACT WITH MS. CANADA OR MAKE THREATING STATEMENTS |
| KIMBERLEY CANADA | THAT I DIDNOT COME IN CONTACT WITH MS. CANADA OR MAKE THREATING STATEMENTS |

| NAME | CDC# | INST/PLACE |
|---|---|---|
| HAROLD WALKER | V60211 | WASCO STATE PRISON |

Terms:
   *Witnesses:* People who come to the hearing to talk about the case.
   *Subpoena:* Order to make a person come to my hearing to talk about the case.

EXHIBIT "9"

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

## SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

COPY

### PRELIMINARY INFORMATION

| Type of Hearing | Location of Hearing |
|---|---|
| REVOCATION | FRESNO COUNTY JAIL |
| | Parolee in custody at Time of Hearing: YES |

**Basis for Charges**

Parole Violation Report, Dated:     24-JAN-2007

Police Report Agency          Dated:

**Optional Waiver**

NO     Date Signed by Parolee:
       Date of BPH Action:

Assessment:          ..

---

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO

The crime for which the parolee was committed to prison occurred on or after 1-1-1979:   YES

Date of arrest on current parole violation charge(s):  16-JAN-2007

Date hold was placed on current parole violation charge(s):  16-JAN-2007

**ADA**   Special Needs:

---

**Present at Hearing**     Hearing Officer: R KEVORKIAN

1. [X] Yes  [ ] No  Parolee (If Parolee absent, Why?)

2. [X] Yes  [ ] No  Attorney Name: JONES, KYLE          [ ] Waived

3. [X] Yes  [ ] No  Agent of Record or Substitute: CORCORAN, KEVIN     Reason not present:

4. [ ] Yes  [ ] No  Hearing Agent:          Reason not present:

5. [X] Yes  [ ] No  Observers   Name and Organization: L. MILLS, BRR AND C/O C BOYD, FCJ

6. [ ] Yes  [X] No  Interpreter Assigned Language          Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| X | | J. RUELAS, FRESNO PD | SP | 13-FEB-07 | A | S | X | | |
| | X | MONIQUE OWENS | | 13-FEB-07 | F | P | | | FTA / UNKNOWN |
| | X | K. CANADA | SP | 13-FEB-07 | | S | | | FTA / UNKNOWN |
| X | | A OR K. CORCORAN (5083) | M | 13-FEB-07 | A | S | X | | |
| | X | ERMA FORD | | 13-FEB-07 | F | P | | | FTA / UNKNOWN |
| | X | MAURICE BUSSLEY | | 13-FEB-07 | F | | | | FTA / UNKNOWN |

*NOTIFICATION METHOD

M = Memo      PC = Personal Contact
L = Letter    SP = Subpoena
PH = Phone    TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION

Status:  A = Adverse       Requested by:  S = State
         F = Friendly                     P = Parolee
         V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WALKER, HAROLD | V60211 | FRESNO 6 / 1 | 20-FEB-2007 |
| | | CORCORAN, KEVIN | |

BOARD OF PAROLE HEARINGS                                                                STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

**Preliminary Information (cont.)**

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

| Charges | | | Plea | | | Findings | | |
|---|---|---|---|---|---|---|---|---|
| Charge Number | Code Number | Charge Specified | Admit | Deny | No Plea | Good Cause | Dismiss | Postponed |
| 1. | 729 | Use of marijuana | X | | | X | | |
| 2. | 013 | Assoc. with prohibited or non-gang validated persons | | X | | X | | |
| 3. | 997 | DELAY/OBSTRUCT A PEACE OFFICER PC 148 (A) (1) | | X | | X | | |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WALKER, HAROLD | V60211 | FRESNO 6 / 1 CORCORAN, KEVIN | 20-FEB-2007 |

BOARD OF PAROLE HEARINGS                                                 STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

### REASON FOR DECISION

**Basis for Conclusion:**

ADA REVIEW CONDUCTED WITH PAROLEE AND ATTORNEY. NO ADA ISSUES OR CONCERNS NOTED THAT REQUIRE ACCOMMODATIONS OR ASSISTANCE.PAROLEE AND ATTORNEY WERE AGREEABLE TO PROCEED WITH HEARING.

CHARGE 1-GOOD CAUSE FOUND PAROLEE ADMITTED CHARGE. PAROLE AGENT SUBMITTED LAB RESULTS.

CHARGE 2  3- GOOD CAUSE FOUND- VICTIM CALLED AGENT OF RECORD AND STATED PAROLEE CAME TO THE APARTMENT SHE STAYS AT AND SAID HE WAS "GOING TO SMOKE HER." VICTIM'S FRIEND WAS PRESENT AT FRONT DOOR OF THE APARTMENT WHEN PAROLEE WAS STANDING THERE. VICTIM'S FRIEND TOLD OFFICERS THAT PAROLEE STATED TO HIM, "TELL YOUR BITCH FRIEND SHE BETTER NOT SAY MY NAME IN HER MOUTH PF I'M GOING TO SMOKE HER." OFFICER TESTIFIED VICTIM APPEARED TO BE HONEST AND TRUTHFUL. PAROLEE HAS A SPECIAL CONDITION OF NOT TO CONTACT OF ATTEMPT TO CONTACT THE VICTIM IN THE MATTER. PAROLEE WAS ORDERED BY OFFICERS TO COME OUT OF THE APARTMENT HE WAS IN, PAROLEE REFUSED. PAROLEE AGENT ARRIVED ON SCENE AND ORDERED PAROLEE TO COME OUTSIDE. PAROLEE REFUSED AND STAYED ON THE PHONE AFTER 20 MINUTES. PAROLEE FINALLY CAME OUT OF THE APARTMENT.
AOR TESTIFIED THAT VICTIMS APT WAS ABOUT 30 FT. FROM WHERE PAROLEE WAS ARRESTED.

**Basis for Disposition:**

PAROLEE RECEIVED BY CDCR ON 12-1-04 FOR PC273.5 PC236

REMEDIAL SANCTIONS WERE CONSIDERED, HOWEVER, PAROLEE DOES NOT MEET CRITERIA DUE TO CURRENT VIOLATIONS OR COMMITMENT OFFENSE. BASED ON THE CURRENT VIOLATIONS, COMMITMENT OFFENSE, PRIOR CRIMINALITY AND PAROLE ADJUSTMENT AND FOR THE SAFETY OF THE COMMUNITY AS WELL AS THE SAFETY OF THE PAROLEE, RTC IS WARRANTED.

PAROLE REVOKED 11 MONTHS INELIGIBLE.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WALKER, HAROLD | V60211 | FRESNO 6 / 1 | 20-FEB-2007 |
| | | CORCORAN, KEVIN | |

BOARD OF PAROLE HEARINGS                                                                    STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

## SUMMARY OF DISPOSITION

Parole Referral:  REFER

Custody Status:  In Custody as of 16-JAN-07

[ ] Continue on Parole   [ ] Schedule for Revocation

[ ] Dismiss        [ ] Other Non-Rev Sanction

[X] Parole Revoked-Return to Custody: 11 months

Serve [ ] Consecutively [ ] Concurrently

[ ] Parole Revoked-Return to Custody:   months for Psych Rx

[ ] Time Served:            to

Hold Order: [ ] Place   [ ] Remove

**3057 Credits**

[ ] Eligible

[X] Ineligible 3057d-1    Reason for Ineligibility:

[ ] Commitment Offense:

[X] Revocation Offense:  PROHIBITED PERSON

[ ] Parole Violation:

[ ] Sentenced under PC 1168:

[ ] Unsuitable for credits because of PC 3057(d)(2)(e)

[ ] Prior Criminal History

[ ] Circumstances & Gravity of Parole Violation

Specify Reason

**Parolee Decision**

[ ] Accept   [ ] Reject   [ ] Optionally Waive

**Optional Waivers**

[ ] Previous BPH Action of _____ is:

[ ] Rescinded      [ ] Reaffirmed

**Special Conditions of Parole**

[ ] Noted      [ ] Reaffirmed   [X] Amended

**Other**
Special Condition              Reason

| Special Condition | Reason |
|---|---|
| YOU MAY NOT CONTACT OR ATTEMPT TO CONTACT THE VICTIM IN ANY MATTER WITHOUT APPROVAL FROM DAPO | CHARGE 2 |

Instructions to CDCR or DAPO Staff
11 - I

Miscellaneous Actions

**BPH HEARING PANEL**

| NAME: | REVOCATION HEARING TIME (MINUTES) | |
|---|---|---|
| NAME: Rudy Kwok | 1. Prehearing Prep. Time: | 10 |
|  | 2. Actual Hearing Time: | 79 |
| DECISION REVIEW BY: | 3. Report Completion Time: | 10 |
|  | 4. Other: | |
|  | Total: | 99 |

Hearing Accommodations (ADA) Provided: [ ] Yes  [X] No

Accom:

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WALKER, HAROLD | V60211 | FRESNO 6 / 1  CORCORAN, KEVIN | 20-FEB-2007 |

BOARD OF PAROLE HEARINGS                                                    STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

| V. OBJECTIONS |
|---|

☐ None    ☒ Yes

| Objections / Basis for Ruling | Ruling |
|---|---|
| COMITO | DENY |

VICTIM FAILED TO APPEAR AT HEARING SUBPOENA SENT TO VICTIM. PAROLE AGENT SPOKE WITH VICTIM WHO PROVIDED THE SAME STORY THAT WAS GIVEN TO THE POLICE OFFICER. VICTIMS FRIEND SPOKE TO PAROLEE AT THE FRONT DOOR OF HIS APARTMENT. PAROLEE STATED "TELL YOUR FRIEND SHE BETTER NOT SAY MY NAME IN HER MOUTH OR I'M GOING TO SMOKE HER." VICTIMS FRIEND TOOK THE STATEMENT AS WALKER WAS GOING TO SHOOT HER. OFFICER TESTIFIED THAT THE VICTIM APPEARED TO PROVIDE CREDITABLE STATEMENTS.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WALKER, HAROLD | V60211 | FRESNO 6 / 1 | 20-FEB-2007 |
| | | CORCORAN, KEVIN | |

EXHIBIT "10"

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

# Fifth Appellate District

COURT OF APPEAL
FIFTH APPELLATE DISTRICT
FILED

JUN 0 7 2007

LEISA V. BIGGERS, CLERK/ADMINISTRATOR

By_____

Depu...

In re

HAROLD WALKER,

On Habeas Corpus.

F052894

BY THE COURT*:

The "Petition For Writ Of Habeas Corpus," filed in this court on May 22, 2007, is denied.

_____ Acting P.J.

*Before Harris, Acting P.J., Levy, J., and Dawson, J.

EXHIBIT "11"

S154041

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re HAROLD WALKER on Habeas Corpus

The petition for writ of habeas corpus is denied. (See *In re Swain* (1949)
34 Cal.2d 300, 304; *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

SUPREME COURT
**FILED**

AUG 1 5 2007

Frederick K. Ohlrich Clerk

Deputy

GEORGE
Chief Justice

CONSENT, HABEAS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:04-cv-06452-TAG
## Internal Use Only

(HC) Walker v. Fresno County Jail
Assigned to: Magistrate Judge Theresa A.
Goldner
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas
Corpus (State)

Date Filed: 10/26/2004
Jury Demand: None
Nature of Suit: 530 Habeas
Corpus (General)
Jurisdiction: Federal Question

### Petitioner

**Harold Walker**          represented by **Harold Walker**
V-60211
P.O. Box 705
Soledad, CA 93960
PRO SE


V.

### Respondent

**Fresno County Jail**
*TERMINATED:*
*06/07/2005*

### Respondent

**P. L Vazquez**
*TERMINATED:*
*06/12/2006*

### Respondent

**George J Giurbino**          represented by **John A. Bachman**
Attorney General's Office, State of
California

P.O. Box 944255
1300 I Street, Suite 1101
Sacramento, CA 94244-2550
(916) 322-5221
Fax: (916) 324-2960
Email:
JOHN.BACHMAN@DOJ.CA.GOV

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2007 | ⊙33 | Receipt of State Court Records from the Attorney General's Office. (Lundstrom, T) (Entered: 07/23/2007) |
| 07/20/2007 | ⊙32 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER by George J Giurbino:. (Bachman, John) (Entered: 07/20/2007) |
| 06/28/2007 | ⊙31 | DISREGARD DOCKET ENTRY NO. 28, IT WAS FILED IN ERROR. (Martin, S) (Entered: 06/28/2007) |
| 06/28/2007 | ⊙30 | OPPOSITION to 29 Reply/Response to Opposition to Motion to Dismiss, filed by Harold Walker. (Verduzco, M) (Entered: 06/28/2007) |
| 06/13/2007 | ⊙29 | REPLY/RESPONSE to Oppositon To Motion to Dismiss by George J Giurbino. (Attachments: # 1 Declaration of Service)(Bachman, John) (Entered: 06/13/2007) |
| 06/13/2007 | ⊙28 | REPLY/RESPONSE to Opposition To Motion To Dismiss by George J Giurbino. (Attachments: # 1 Declaration of Service)(Bachman, John) (Entered: 06/13/2007) |
| 05/29/2007 | ⊙27 | Petitioner's MEMORANDUM/RESPONSE in |

| | | |
|---|---|---|
| | | OPPOSITION to 22 MOTION to DISMISS. (Esteves, C) (Entered: 05/29/2007) |
| 05/23/2007 | ❂ | SERVICE BY MAIL: 25 Order and Second Amended Petition served on Harold Walker (Gil-Garcia, A) (Entered: 05/23/2007) |
| 05/23/2007 | ❂25 | ORDER Striking Second Amended Petition Filed April 12, 2007. ORDER Directing Clerk of Court to Return to Petitioner the Amended Petition Lodged May 21, 2007, signed by Judge Theresa A. Goldner on 5/22/07. (Gil-Garcia, A) (Entered: 05/23/2007) |
| 05/23/2007 | ❂ | SERVICE BY MAIL: 24 Consent Order Reassigning Case to Magistrate Judge served on Harold Walker (Gil-Garcia, A) (Entered: 05/23/2007) |
| 05/23/2007 | ❂24 | CONSENT ORDER REASSIGNING CASE for all purposes to Magistrate Judge Theresa A. Goldner. The new case number shall be 1:04-cv-6452 TAG HC, signed by Judge Anthony W. Ishii on 5/22/07. (Gil-Garcia, A) (Entered: 05/23/2007) |
| 05/21/2007 | ❂26 | LODGED: Amended Petition for Writ of Habeas Corpus by Harold Walker. (Lundstrom, T) (Entered: 05/23/2007) |
| 05/17/2007 | ❂23 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by George J Giurbino. (Attachments: # 1 Declaration of Service)(Bachman, John) (Entered: 05/17/2007) |
| 05/17/2007 | ❂22 | MOTION to DISMISS by George J Giurbino. (Bachman, John) (Entered: 05/17/2007) |
| 05/17/2007 | ❂21 | NOTICE of APPEARANCE by John A. Bachman on behalf of George J Giurbino. Attorney Bachman, John A. added. (Bachman, John) (Entered: 05/17/2007) |
| 05/09/2007 | ❂20 | NOTICE of CHANGE of ADDRESS to PO Box 705, Soledad, CA 93960, by Harold Walker. (Hellings, J) (Entered: 05/10/2007) |

| 04/12/2007 | ❂19 | ****STRICKEN by Order 25: SECOND AMENDED PETITION against all defendants by Harold Walker. (Timken, A) (Entered: 04/13/2007) |
| 03/21/2007 | ❂18 | ORDER requiring respondent to file response to amended petition; Order setting briefing schedule; Order directing clerk of court to serve documents. Answer due by 6/22/2007. Motion to dismiss and Notice of Appearance due by 5/23/2007. Order signed by Judge Theresa A. Goldner on 3/21/2007. (Attachments: # 1 Amended Petition# 2 Supplement) (Timken, A) (cc: Attorney General and Harold Walker) (Entered: 03/21/2007) |
| 01/22/2007 | ❂17 | NOTICE of CHANGE of ADDRESS to Fresno Parole Unit #6, 2222 G Street, Fresno, CA 93706 by Harold Walker. (Arellano, S.) (Entered: 01/24/2007) |
| 06/12/2006 | ❂ | SERVICE BY MAIL: 16 Order served on Harold Walker. (Rooney, M) (Entered: 06/12/2006) |
| 06/12/2006 | ❂16 | ORDER DENYING MOTION to APPOINT COUNSEL filed by Harold Walker 14 and DISREGARDING, as unnecessary, plaintiff's MOTION to AMEND the COMPLAINT 15 and FURTHER DIRECTING the clerk of the court to change the named respondent to that of Warden George J Giurbino; respondent P L Vazquez terminated; motions terminated; order signed by Judge Theresa A. Goldner on 6/12/06. (Rooney, M) (Entered: 06/12/2006) |
| 05/08/2006 | ❂15 | .......MOTION to AMEND the PETITION 9 Amended Complaint by Harold Walker. (Kusamura, W) (Entered: 06/06/2006) |
| 05/08/2006 | ❂14 | MOTION to APPOINT COUNSEL by Harold Walker........... (Kusamura, W) (Entered: 06/06/2006) |
| 04/12/2006 | ❂13 | SUPPLEMENT by Harold Walker re [1] Petition for Writ of Habeas Corpus. (Lundstrom, T) (Entered: |

| | | |
|---|---|---|
| | | 04/13/2006) |
| 11/01/2005 | ❾ | DOCKET ANNOTATION: On 10/28/05 the court received on a 9.5 x 21 inch brown paper bag entitled "Motion Asking the Court to Reconsider Order of Denial of Petitioner's Motion for Injunctive Relief Dated October 14, 2005". The court returned the motion with an attached blue sheet advising petitioner documents must conform to Local Rules 5-133 and 7-130 and enclosed a copy of the rules (Parkman, C) (Entered: 11/01/2005) |
| 10/17/2005 | ❾12 | NOTICE of CHANGE of ADDRESS to Centinela State Prison, P.O. Box 931, Imperial CA 92251 by Harold Walker (Vasquez, J) (Entered: 10/18/2005) |
| 10/14/2005 | ❾ | SERVICE BY MAIL: 11 Order served on Harold Walker (Robles, S) (Entered: 10/14/2005) |
| 10/14/2005 | ❾11 | ORDER ADOPTING IN FULL 10 Report and Recommendation issued 7/5/05 and DENYING 7 MOTION for court order to have access to the law library and other material in order to correspond to the court filed by Harold Walker. Case is referred back to the Magistrate Judge for further proceedings. Signed by Judge Anthony W. Ishii on 10/14/05. (Robles, S) (Entered: 10/14/2005) |
| 07/05/2005 | ❾ | SERVICE BY MAIL: 10 Findings and Recommendations served on Harold Walker (Carter-Ford, R) (Entered: 07/05/2005) |
| 07/05/2005 | ❾10 | FINDINGS and RECOMMENDATIONS signed by Judge Theresa A. Goldner on 7/1/05 recommending that Petitioner's 7 motion for preliminary injunctive relief, filed 3/15/05, be DENIED without prejudice; the Court's 8 Order to Show Cause dated 5/6/05, be DISCHARGED; and Petitioner's 7 Objection to the Order to Amend, is DISREGARDED as MOOT. Objections to F&R due by 8/8/2005. (Carter-Ford, R) |

| | | |
|---|---|---|
| | | (Entered: 07/05/2005) |
| 06/07/2005 | ⊙9 | AMENDED Petition filed by Harold Walker. (Lundstrom, T) (Entered: 06/07/2005) |
| 05/06/2005 | ⊙8 | ORDER to SHOW CAUSE Why Petition for Writ of Habeas Corpus Should Not Be Dismissed for Failure to Comply With Court Order signed by Judge Theresa A. Goldner on 5/6/05. Show Cause Response due by 6/10/2005. (Hellings, J) (Entered: 05/06/2005) |
| 03/15/2005 | ⊙7 | MOTION for court order to have access to the law library and other material in order to correspond to the court by Harold Walker. (Lopez, H) (Entered: 03/16/2005) |
| 02/28/2005 | ⊙6 | ORDER REQUIRING petitioner to amend petition re [1] Petition for Writ of Habeas Corpus, Case Management due by 4/1/2005. (cc: pltf - blank 2254 petition) signed by Judge Theresa A. Goldner on 2/25/05. (Sánchez, C) (Entered: 02/28/2005) |
| 01/13/2005 | ⊙5 | ORDER granting [2] In Forma Pauperis Application by Harold Walker signed by Judge Theresa A. Goldner on 1/12/05. (Lundstrom, T) (Entered: 01/13/2005) |
| 12/07/2004 | 4 | NOTICE by plaintiff Harold Walker of change of address to Wasco State Prison, PO Box 7700, Wasco, CA 93280 (hl) (Entered: 12/08/2004) |
| 11/04/2004 | 3 | CONSENT to proceed before a Magistrate by plaintiff Harold Walker (rab) (Entered: 11/04/2004) |
| 10/26/2004 | 2 | APPLICATION TO PROCEED IFP by plaintiff Harold Walker (wh) (Entered: 10/27/2004) |
| 10/26/2004 | 1 | PETITION FOR WRIT OF HABEAS CORPUS fee status IFP, assigned to Judge Anthony W. Ishii referred to Magistrate Judge Theresa A. Goldner (wh) (Entered: 10/27/2004) |

1 <u>DECLARATION OF SERVICE BY MAIL</u>

2

3 CASE NAME: WALKER V. TILTON RECEIVED

AUG 0 2007

4 CASE NO.: _____ DISTRICT COURT
CALIFORNIA

5 CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

6 I, HAROLD WALKER _____, declare that I am over the age of eight-

7 teen (18) years; I am/am not a party to the attached action; I

8 served the attached document entitled:

9    PETITION FOR WRIT OF HABEAS CORPUS

10

11 on the persons/parties specified below by placing a true copy of

12 said document into a sealed envelope with the appropriate postage

13 affixed thereto and surrendering said envelope(s) to the staff of

14 the Correctional Training Facility entrusted with the logging and

15 mailing of inmate legal mail addressed as follows:

16   U. S. DISTRICT COURT              ATTORNEY GENERAL'S OFFICE OFFICE,
     FOR THE EASTERN DISTRICT OF CALIFORNIA    STATE OF CALIFORNIA

17    2500 TULARE STREET, SUITE 1501    P.O. BOX 944255
                                        1300 "I" STREET, SUITE 1101

18    FRESNO, CA. 93721                 SACRAMENTO, CA. 94244-2550

19

20

21 There is First Class mail delivery service by the United States

22 Post Office between the place of mailing and the addresses indi-

23 cated above.   I declare under the penalty of perjury under the laws

24 of the United States and the State of California that the foregoing

25 is true and correct and that I executed this service this   23

26 day of AUG, 2007 _____, in Soledad, CA.

27

28                                    Harold Walker
                                      Declarant