Plaintiff's Name: HAROLD WALKER
CDC No: V60211
Address: C.T.F. NORTH "B" YARD WB 129L
P.O. BOX 705 · SOLEDAD, CA. 93960

FILED

AUG 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HAROLD WALKER   )
                )   APPLICATION TO PROCEED
      Plaintiff, )   IN FORMA PAUPERIS
vs.             )   BY A PRISONER
                )
JAMES TILTON, DIRECTOR OF C.D.C.R.  )
                )   CASE NUMBER:
      Defendant(s). )
                )   1:07-CV-1256-AWI-DLB (HC)

I, HAROLD WALKER, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ✗ Yes   __ No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. CORRECTIONAL TRAINING FACILITY

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?  ✓ Yes   __ No

   a.  If the answer is "yes" state the amount of your pay.  -0-

   b.  If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

                        JULY 2004

3. Have you received any money from the following sources over the last twelve months?

   a.  Business, profession, or other self-employment:       __ Yes   ✓ No

   b.  Rent payments, interest or dividends:                 __ Yes   ✓ No

   c.  Pensions, annuities or life insurance payments:       __ Yes   ✓ No

d. Disability or workers compensation payments: ___ Yes  ✓ No

e. Gifts or inheritances: ___ Yes  ✓ No

f. Any other sources: ___ Yes  ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes  ✓ No

   If "yes" state the total amount: ___0___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ___ Yes  ✓ No

   If "yes" describe the property and state its value: ___0___

6. Do you have any other assets?   ___ Yes  ✓ No

   If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

   ___0___

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

___AUG 23, 2007___    ___Harold Walker___
   DATE                  SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ___0___ on account to his/her credit at ___CTF___ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ ___0___. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ ___0___.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

_____    ___REFUSE TO SIGN___
   DATE           SIGNATURE OF AUTHORIZED OFFICER