**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721**

Clerk, Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**RE:**         HAROLD WALKER vs. JAMES TILTON
**USDC No.:**    1:07–CV–01256–AWI–DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 10, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**September 10, 2007**       /s/ **C. Esteves**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: