Harold Walker V60211
C.T.F. Central OW134
P.O. Box 705
Soledad, CA. 93960

In Pro-Per



United States District Court

Eastern District of California

HAROLD WALKER,
    Petitioner,

v.

JAMES TILTON,
    Respondent.

CASE NO. 1:07-CV-01256-AWI-DLB

MOTION FOR APPOINTMENT OF COUNSEL

Petitioner, Harold Walker makes this motion for this court for appointment of counsel. Petitioner has and will be denied access to the institutions law library and is now in Ad-Seg for complaining of staff misconduct, to wit unnessary force by correctional officer causing an injury. This institution has and is abusing their authority under the color of law to knowingly and willing violate my constitutional rights to access to the institutional law library which also violates the California Department of Corrections and Rehabilitation Rules and Regulation. This also violates my right to access to the court. (See Attached)

Therefore petitioner prays this court to appoint legal counsel to protect the constitutional rights of petitioner.

Respectfully Submitted.

Dated: 9/11/07

Harold Walker
HAROLD WALKER

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS AND REHABILITATION
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDCR 114-D (Rev 10/98)

DISTRIBUTION:
WHITE - CENTRAL FILE　　CANARY - WARDEN
BLUE - INMATE (2ND COPY)　　PINK - HEALTH CARE MGR
GREEN - ASU　　GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | ETHNICITY | CDC NUMBER | HOUSING |
|---|---|---|---|
| WALKER | BLA | V60211 | ~~WB129L~~ / ~~XW107L~~ |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[X] JEOPARDIZED INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY　　[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On 8/29/2007, you are being transferred from CTF-North, Unit VI, Cell WB129L, to CTF-Central, Unit II, Cell XW107L, and placed on Administrative Segregation Status. This Administrative Segregation pending an investigation into your allegations that staff used inappropriate force. Due to the reason mentioned above, your continued presence at CTF-North is deemed a threat to your safety, and the safety and security of the institution. You will be retained on Administrative Segregation Status pending an investigation into this matter, adjudication of the charges, referral to ICC for Program Review and CSR for possible transfer. As a result of this placement your credit earning, custody level, privilege group, and visiting status are subject to change.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)　　IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 8/29/2007 | D. S. NARANJO | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 8/29/2007 | 1500 | POPPLEWELL | | SGT |

[X] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE?? | [X] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] | [ ] |
| FLUENT IN ENGLISH?? | [X] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYMENT | [X] | [ ] |
| ABLE TO COMPREHEND ISSUES?? | [X] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS?? | [ ] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED?? | [ ] YES | | | | |

Any "NO" requires SA assignment　　　　　　　　　　　　　　Any "NO" may require IE assignment
[X] NOT ASSIGNED　　　　　　　　　　　　　　　　　　　　　　[ ] NOT ASSIGNED

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
[ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE

INMATE SIGNATURE: (signature) To, Sy__　　DATE: 8/30/07

## WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE / CDC NUMBER | WITNESS NAME | TITLE / CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

DECISION: [ ] RELEASE TO UNIT/FACILITY: _____ [X] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [X] SINGLE CELL PENDING ICC

REASON FOR DECISION: Presents a threat to the Institution

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| J. L. SARELI | Captain | 8/30/07 | 1610 | |

CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW

See Chronological Classification Review document (CDC 128-G) for specific hearing information.

# RULES VIOLATION REPORT

T.A.B.E. Score is 12.9

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST | HOUSING | LOG NO. |
|---|---|---|---|---|---|
| V-60211 | WALKER | | CTF-NOR | OW-0134 | VI-08-07-037 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3005(b) | Obstructing A Peace Officer In The Performance Of Duty | CTF-North B-yard | 8/29/2007 | 1135 Hours |

**CIRCUMSTANCES**

On 8/29/2007, at approximately 1135 hours, Inmate **WALKER**, V60211, WB129L, exited the Unit VI Captain's Office after attending Unit Classification Hearing, where he was placed on C-Status and was reported as being upset. B-Yard Sergeant, Correctional Sergeant S. A. Detlefsen, observed that Inmate **WALKER** was not returning to his cell. In response, Sergeant Detlefsen radioed B-Yard Officers E. G. Gregory and D. R. Castain, and ordered them to escort Inmate **WALKER** to his cell. Officers Castain and Gregory approached Inmate **WALKER**, who informed the Officers that he had a ducat for a Central Medical appointment. Sergeant Detlefsen radioed the Officer and told them to send Inmate **WALKER** to his location. Inmate **WALKER** reported to Sergeant Detlefsen and informed him of his medical appointment. After Sergeant Detlefsen verified the medical ducat, Inmate **WALKER** was released. Inmate **WALKER** then began walking to the culinary gate. As Inmate **WALKER** was passing Officers Castain and Gregory, he became agitated, raising his voice, stating, "You're denying my right

**(CIRCUMSTANCES CONTINUED ON CDC-115 PART C)**

Inmate **WALKER** is aware of this CDCR-115 RVR and the specific charge. Inmate **WALKER** is not a mental health patient / participant at any level of care.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ D. S. Naranjo, Correctional Lieutenant | | Lieutenant, Unit VI, 3/W | S/M |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| ▶ D. G. Metcalf, Correctional Lieutenant | | DATE _____ LOC. _____ |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | "D" 61-90 | | ▶ S. V. Truett, Correctional Lieutenant | ☐ HO ☒ SHO ☐ SC ☐ FC |

**COPIES GIVEN TO INMATE BEFORE HEARING**

| | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | | |
|---|---|---|---|---|---|---|---|
| ☐ CDC 115 | ▶ | | | | | | |
| ☒ INCIDENT REPORT LOG NUMBER: CTF-NOR-07-08-0313 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

**HEARING:**

| ACTION BY: (TYPED NAME) ▶ | SIGNATURE ▶ | DATE | TIME |
|---|---|---|---|
| REVIEWED BY: (TYPED NAME) ▶ | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | DATE |
| | | BY: (STAFF'S SIGNATURE) ▶ | |
| ☐ COPY OF CDC 115 GIVEN TO INMATE AFTER HEARING | | DATE | TIME |

CDCR 115 (7/88)
115 TB _____   115 HB _____

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|---|---|---|
| **RULES VIOLATION REPORT – PART C** | | | | PAGE ___ OF ___ |
| CDC NUMBER<br>V-60211 | INMATE'S NAME<br>WALKER | LOG NUMBER<br>VI-08-07-037 | INSTITUTION<br>CTF-NORTH | TODAY'S DATE<br>8/29/2007 |
| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: ☒ 115 CIRCUMSTANCES ☐ HEARING ☐ IE REPORT ☐ OTHER ___ | | | |

### CIRCUMSTANCES CONTINUED:

to medical treatment and when this lawsuit is all over you will all be fired." Sergeant Detlefsen, who reported that he was approximately 100 feet away, could hear Inmate **WALKER** yelling. Sergeant Detlefsen radioed the Officers and told them to place Inmate **WALKER** in mechanical restraints (handcuffs). Officer Castain approached Inmate **WALKER** from the back and ordered him to face the wall. Inmate **WALKER** ignored Officer Castain's order and turned to face him. Officer Castain reported that Inmate **WALKER** was shaking and told him that he had to use two pairs of handcuffs. Officer Castain again ordered Inmate **WALKER** to turn around, to which he failed to comply, maintaining his position facing Officer Castain. Officer Castain then took a hold of Inmate **WALKER'S** left hand and began to guide him around so he could place him in restraints. Inmate **WALKER** complied, but as Officer Castain attempted to bring Inmate **WALKER'S** hands behind his back, Inmate **WALKER** resisted by forcing his arms out and away from his sides to prevent Officer Castain from applying the restraints. Officer Castain had to force Inmate **WALKER'S** hands behind his back, where he managed to place Inmate **WALKER** in restraints using two pairs of handcuffs. Inmate **WALKER** was escorted to the North Facility Patio, where he informed medical staff that Officer Castain had injured his back and neck during the incident. Subsequently, and due to Inmate **WALKER'S** claim that staff injured him, a videotape interview of Inmate **WALKER** was conducted by Correctional Sergeant Sandoval and processed into Evidence Locker #57, per Institutional Procedure.

| | SIGNATURE OF WRITER:<br>D. S. Naranjo, Correctional Lieutenant | | DATE SIGNED: |
|---|---|---|---|
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED:<br>9-7-07 | TIME SIGNED: |

CDCR 115-C (5/95)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| V-60211 | WALKER | CCR§ 3005(b) | 8/29/2007 | CTF-NORTH | VI-08-07-037 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  [X] YES  [ ] NO

## POSTPONEMENT OF DISCIPLINARY HEARING

[X] I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution  
INMATE'S SIGNATURE ▶  
DATE: 4/7/?

[ ] I REQUEST my hearing be postponed pending outcome of referral for prosecution  
INMATE'S SIGNATURE ▶  
DATE

DATE NOTICE OF OUTCOME RECEIVED   DISPOSITION

[ ] I REVOKE my request for postponement  
INMATE'S SIGNATURE ▶  
DATE

## STAFF ASSISTANT

STAFF ASSISTANT  
[ ] REQUESTED   [ ] WAIVED BY INMATE  
INMATE'S SIGNATURE ▶   DATE

[ ] ASSIGNED    DATE    NAME OF STAFF

[ ] NOT ASSIGNED   REASON

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE  
[X] REQUESTED   [ ] WAIVED BY INMATE  
INMATE'S SIGNATURE ▶   DATE

[ ] ASSIGNED    DATE 9/7/07    NAME OF STAFF (signature)

[ ] NOT ASSIGNED   REASON

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)  
[ ] REPORTING EMPLOYEE  [ ] STAFF ASSISTANT  [ ] INVESTIGATIVE EMPLOYEE  [ ] OTHER _____  [ ] NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | [ ] | [ ] | | [ ] | [ ] |
| | [ ] | [ ] | | [ ] | [ ] |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charges, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

INVESTIGATOR'S SIGNATURE ▶   DATE

[X] COPY OF CDC 115A GIVEN INMATE   BY: (STAFF'S SIGNATURE)   TIME 1734   DATE 9-3-07

---- If additional space is required use supplemental pages ----

CDCR 115-A(7/88)