UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**HAROLD WALKER,**
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **1:07-CV-01256-AWI-DLB**

**JAMES TILTON,**
Defendant(s)/Respondents(s).

---

**IMPORTANT**
IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☐ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 9/11/07    Signature: *Harold Walker*

Print Name: HAROLD WALKER
(X) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

☐ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

*If representing more than one party, counsel must indicate name of each party responding.*

HAROLD WALKER, V60316
C.T.F. CENTRAL DW 134
P.O. BOX 705
SOLEDAD, CA. 93721

IN PRO-PER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HAROLD WALKER,
    PETITIONER,

V.

JAMES TILTON,
    RESPONDENT.

CASE NO. 1:07-CV-01256-AWI-DLB

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON SEPTEMBER 11, 2007, I SERVED A COPY OF THE ATTACHED CONSENT TO JURISDICTION OF MAGISTRATE JUDGE, AFFIDAVIT OF HAROLD WALKER, AND MOTION FOR APPOINTMENT OF COUNSEL BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT CORRECTIONAL TRAINING FACILITY:

    OFFICE OF THE
    UNITED STATES DISRICT COURT
    2500 TULARE STREET, Rm. 1501
    FRESNO, CA. 93721

I DECLARE UNDER PENALTY THAT FOREGOING IS TRUE AND CORRECT.

*Harold Walker*
HAROLD WALKER