FILED

SEP 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HAROLD WALKER,
  PETITIONER,

V.

JAMES TILTON,
  RESPONDENT.

CASE NO: 1:07-CV-01256-AWI-DLB

AFFIDAVIT OF PETITIONER HAROLD WALKER

AFFIDAVIT OF HAROLD WALKER THE PETITIONER IN THE ABOVE CASE DO AFFIRM UNDER THE PENALTIES OF PERJURY OF THE LAWS OF THE UNITED STATES AND ITS GOVERNMENT THAT THE FOLLOWING STATEMENT IS TRUE AND CORRECT.

I HAROLD WALKER HAVE BEEN KNOWINGLY AND WILLINGLY BY THIS INSTITUTION'S ABUSE OF IT'S AUTHORITY UNDER THE COLOR OF LAW HAVE BEEN DENIED ACCESS TO THE LAW LIBRARY, HAVE HAD ALL ME LEGAL MATERIAL CONFISCATED, PLACED IN AD-SEG FOR MAKING A COMPLAINTS AGAINST STAFF FOR MISCONDUCT, AND DENIED DUE PROCESS, AND HAVE BEEN DENIED TO MAKE LEGAL COPIES FOR THE COURTS.

DATED: 9/10/07

_Harold Walker_
HAROLD WALKER