# U.S. District Court
## Eastern District of California – Live System (Fresno)
### CIVIL DOCKET FOR CASE #: 1:07−cv−01256−AWI−DLB

| | |
|---|---|
| (HC) Walker v. Tilton | Date Filed: 08/30/2007 |
| Assigned to: Judge Anthony W. Ishii | Date Terminated: 09/10/2007 |
| Referred to: Magistrate Judge Dennis L. Beck | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Harold Walker**  represented by  **Harold Walker**
V−60211
CORRECTIONAL TRAINING FACILITY (705)
P.O. BOX 705
NORTH
SOLEDAD, CA 93960−0705
PRO SE

V.

**Respondent**

**James Tilton**
*Director of C.D.C.R.*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2007 | 1 | (2254) PETITION for WRIT of HABEAS CORPUS by Harold Walker.(Esteves, C) (Entered: 08/30/2007) |
| 08/30/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Harold Walker. (Esteves, C) (Entered: 08/30/2007) |
| 08/30/2007 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Esteves, C) (Entered: 08/30/2007) |
| 08/30/2007 | | SERVICE BY MAIL: 3 Prisoner New Case Documents for AWI served on Harold Walker. (Esteves, C) (Entered: 08/30/2007) |
| 09/10/2007 | 4 | ORDER, CASE TRANSFERRED to District of CA/Northern signed by Judge Dennis L. Beck on 09/10/2007. CASE CLOSED. (Esteves, C) (Entered: 09/10/2007) |
| 09/10/2007 | | SERVICE BY MAIL: 4 Order, Case Transferred Out to Northern District, served on Harold Walker. (Esteves, C) (Entered: 09/10/2007) |
| 09/10/2007 | 5 | TRANSMITTAL of DOCUMENTS on *09/10/2007* to * Clerk, Northern District of California* *450 Golden Gate Avenue* *San Francisco, California 94102*. ** *Electronic Documents: 1 to 4. *. (Esteves, C) (Entered: 09/10/2007) |
| 09/14/2007 | 6 | MOTION for APPOINTMENT of COUNSEL by Harold Walker. (Scrivner, E) (Entered: |

| | | |
|---|---|---|
| | | 09/14/2007) |
| 09/14/2007 | 7 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Harold Walker. (Scrivner, E) (Entered: 09/14/2007) |
| 09/14/2007 | 8 | AFFIDAVIT of Petitioner Harold Walker by Harold Walker. (Gil–Garcia, A) (Entered: 09/18/2007) |
| 09/26/2007 | 9 | TRANSMITTAL of DOCUMENTS, **received and filed after transfer of case**, on *09/10/2007* to * Clerk, Northern District of California* *450 Golden Gate Avenue* *San Francisco, California 94102*. ** *Electronic Documents: 6 to 8. *. (Esteves, C) (Entered: 09/26/2007) |

Case 5:07-cv-05541-JF    Document 10    Filed 10/31/2007    Page 2 of 2