NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | No. C 07-5541 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| JAMES TILTON, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his February 2007 parole revocation hearing in the Fresno Superior Court. The instant petition was transferred to this Court from the Eastern District of California on October 31, 2007. The Eastern District Court believed the petition challenged the Board of Prison Terms' parole suitability hearing and determination.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249

1  (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

2  Here, Petitioner challenges the lawfulness and validity of his parole revocation
3  proceedings in the Fresno Superior Court, which resulted in his current incarceration.
4  The petition does not challenge the denial of parole suitability, rather the revocation of
5  parole and resulting twelve-month custodial sentence.  Therefore, the district where the
6  underlying parole revocation proceeding took place is the appropriate venue for the
7  instant petition.

8  Accordingly, this case is TRANSFERRED to the United States District Court for
9  the Eastern District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-
10  3(b)(1).  The Clerk shall terminate any pending motions and transfer the entire file to the
11  Eastern District of California.

12  IT IS SO ORDERED.

13  DATED: 11/2/07

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\hc.07\Walker541trans          2

1 | A copy of this order was mailed to the following:
2 |
3 | Harold Walker
  | V-60211/ B Yard -WB 129L
4 | CTF - North
  | P.O. Box 705
5 | Soledad, CA 93960-0705
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Order of Transfer
P:\pro-se\sj.jf\hc.07\Walker541trans            3